# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: '21 MJ0060 |
|---|---|
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | Title 21 U.S.C. §§ 952 and 960 Importation of a Controlled Substance (Felony) |
| Robert Keith LAURSEN, | |
| Defendant. | |

The undersigned complainant being duly sworn states:

On or about January 8, 2021, within the Southern District of California, Robert Keith LAURSEN, did knowingly and intentionally import 500 grams and more, to wit: approximately 9.16 kilograms (20.19 pounds), of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Carlo E. Nazareno, Task Force Officer
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 11th day of JANUARY 2021.

_____
HON ALLISON H. GODDARD
U.S. MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

I, Special Agent Samuel C. Goodwin, declare under penalty of perjury, the following is true and correct:

On January 8, 2021, at approximately 5:37 PM, Robert K. LAURSEN, ("LAURSEN"), a United States citizen, applied for entry into the United States from Mexico through the San Ysidro Port of Entry in vehicle lane #21. LAURSEN was the driver, sole occupant, and registered renter of a white 2019 Jeep Cherokee ("the vehicle") bearing Washington license plates.

A Customs and Border Protection Officer received a negative Customs declaration from LAURSEN. LAURSEN stated he was crossing the border to go to Moreno Valley, California.

A CBPO operating the Z-Portal X-Ray machine detected anomalies in the gas tank of the vehicle.

A Canine Enforcement Team was conducting secondary inspection operations when the Human and Narcotic Detection Dog alerted to the gas tank of the vehicle.

Further inspection of the vehicle resulted in the discovery of 20 packages concealed in the gas tank of the vehicle, with a total approximate weight of 9.16 kgs (20.19 lbs). A sample of the substance contained within the packages field tested positive for the characteristics of methamphetamine.

1

LAURSEN was placed under arrest at approximately 9:15 PM.

LAURSEN was arrested and charged with a violation of Title 21, United States Code, 952 and 960, importation of a controlled substance. LAURSEN is scheduled to be booked into the San Diego Metropolitan Correction Center.

Executed on January 9, 2019, at 5:48 AM

*Samuel C. Goodwin* (signature)

Samuel C. Goodwin, HSI Special Agent

On the basis of the facts presented in this probable cause statement consisting of 2 pages, I find probable cause to believe the defendant, Robert K. LAURSEN, named in this probable cause statement, committed the offense on January 8, 2021, in violation of Title 21 USC 952 and 960, Unlawful Importation of a Controlled Substance.

*Allison H. Goddard* (signature)          **Jan 9, 2021**

Hon. Allison H. Goddard                  Date/Time

United States Magistrate Judge

2

## AMENDED PROBABLE CAUSE STATEMENT

On January 8, 2021, at approximately 5:37 PM, Robert K. LAURSEN, ("LAURSEN"), a United States citizen, applied for entry into the United States from Mexico through the San Ysidro Port of Entry in vehicle lane #21. LAURSEN was the driver, sole occupant, and registered renter of a white 2019 Jeep Cherokee ("the vehicle") bearing Washington license plates.

A Customs and Border Protection Officer received a negative Customs declaration from LAURSEN. LAURSEN stated he was crossing the border to go to Moreno Valley, California.

A CBPO operating the Z-Portal X-Ray machine detected anomalies in the gas tank of the vehicle.

A Canine Enforcement Team was conducting secondary inspection operations when the Human and Narcotic Detection Dog alerted to the gas tank of the vehicle.

Further inspection of the vehicle resulted in the discovery of 20 packages concealed in the gas tank of the vehicle, with a total approximate weight of 9.16 kgs (20.19 lbs). A sample of the substance contained within the packages field tested positive for the characteristics of methamphetamine.

LAURSEN was placed under arrest at approximately 9:15 PM. At approximately 11:47 PM, LAURSEN was read his MIRANDA rights and elected to

1

make statements without the benefit of counsel. LAURSEN denied knowledge of the narcotics concealed in the vehicle he was driving.

LAURSEN was arrested and charged with a violation of Title 21, United States Code, 952 and 960, importation of a controlled substance. LAURSEN is scheduled to be booked into the San Diego Metropolitan Correction Center.